| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **David C Hughes II** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–9041** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of Illinois** | Date case filed in chapter **13** | **12/8/19** |
| Case number: | **19–71781** | Date case converted to chapter **7** | **1/7/20** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | David C Hughes II | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2812 Pat Tillman Dr. <br> Springfield, IL 62711 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph Camiel Pioletti <br> Pioletti & Pioletti <br> 107 E Eureka Ave <br> Eureka, IL 61530 | Contact phone 309–467–3213 <br><br> Email: piolettilaw@piolettilaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew S. Erickson <br> PO Box 438 <br> Decatur, IL 62525 | Contact phone (217) 425–1515 <br><br> Email: aetrustee@aericksonlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **David C Hughes II**                                                                                     Case number **19–71781**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701<br><br>Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm<br><br>Contact phone 217–492–4551<br><br>Date: 1/7/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 24, 2020 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:**<br><br>**607 E Adams St, 1st Floor, Illinois Building, Springfield, IL 62701** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/24/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**

United States Bankruptcy Court
Central District of Illinois

In re:                                                                    Case No. 19-71781-mpg
David C Hughes, II                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0753-3         User: lcro              Page 1 of 1           Date Rcvd: Jan 07, 2020
                             Form ID: 309A           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
```
db             +David C Hughes, II,    2812 Pat Tillman Dr.,    Springfield, IL 62711-6410
7128293        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
7128297        +PHH Mortgage Servicing,    Attn: Bankruptcy Department,    Po Box 5452,
                 Mount Laurel, NJ 08054-5452
7128300        +West Central Bank,    125 W Editor,    Ashland, IL 62612-7540
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: piolettilaw@piolettilaw.com Jan 07 2020 20:13:24     Joseph Camiel Pioletti,
                 Pioletti & Pioletti,    107 E Eureka Ave,    Eureka, IL  61530
tr             +EDI: BASERICKSON Jan 08 2020 01:08:00      Andrew S. Erickson,    PO Box 438,
                 Decatur, IL 62525-0438
ust            +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Jan 07 2020 20:13:41     U.S. Trustee,
                 Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
7128292        +EDI: AMEREXPR.COM Jan 08 2020 01:08:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
7128294        +EDI: CAPITALONE.COM Jan 08 2020 01:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
7131148        +EDI: AIS.COM Jan 08 2020 01:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
7128295        +E-mail/Text: bankruptcy@cavps.com Jan 07 2020 20:13:51       Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
7136945        +E-mail/Text: bankruptcy@cavps.com Jan 07 2020 20:13:51
                 Cavalry SPV I, LLC as assignee of Citibank, N.A.,    500 Summit Lake Drive Suite 400,
                 Valhalla, NY 10595-2321
7128296         EDI: DISCOVER.COM Jan 08 2020 01:08:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
7131387         EDI: DISCOVER.COM Jan 08 2020 01:08:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
7128299         EDI: USBANKARS.COM Jan 08 2020 01:08:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
7128298         EDI: USBANKARS.COM Jan 08 2020 01:08:00      Us Bank,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:
```
              Andrew S. Erickson    aetrustee@aericksonlaw.com, IL97@ecfcbis.com
              Joseph Camiel Pioletti    on behalf of Debtor David C Hughes, II piolettilaw@piolettilaw.com,
               piolettijr86177@notify.bestcase.com
              Kenneth Takis Siomos    on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com;marsha@ch13cdil.com
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```