Certificate Number: 03088-ILC-DE-034365927

Bankruptcy Case Number: 19-71781



03088-ILC-DE-034365927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2020, at 10:57 o'clock AM CDT, David Choate Hughes II completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date: April 21, 2020

By: /s/Susan D. Gann

Name: Susan D. Gann

Title: Counselor