

Group Exhibit 1
Page 1

12/2020

https://ap.rdcpix.com/1931856327/bac2bc95fa60f8338fd21e18219a1a351-m11xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 2

https://ap.rdcpix.com/2047420372/bac2bc95fa60f838fd21e182f9a1a35f-m2xd-w1020_h770_q80.jpg



~ 12/2020

Group Exhibit 1
Page 3





https://ap.rdcpix.com/220017912b/bac2bc95fa60f838fd21e18219a1a35f-m3xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 4





https://ap.rdcpix.com/1578279340/bac2bc95fa60f8338fd21e18219a..a35l-m5xd-w1020_h770_q80.jpg



https://ap.rdcpix.com/764308434/bac2bc95fa60f838fd21e18219af1a>-l-m6xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 6

https://ap.rdcpix.com/2759736535/bac2bc95fa60f838fd21e18219a1a35f-m7xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 7

https://ap.rdcpix.com/389135633/bac2bc95fa60f838fd21e18219a1a35l-m9xd-w1020_h770_q80.jpg



.../12/2020

Group Exhibit 1
Page 8

https://ap.rdepix.com/741883032/bac2bc95fa60f838fd21e18219af1a-51-m11xd-w1020_h770_q80.jpg





https://ap.rdcpix.com/3544371225/bac2bc95fa60f838fd21e18219a1a35l-m8xd-w1020_h770_q80.jpg





https://ap.rdcpix.com/1218090752/bac2bc95fa60f338fd21e18219a1a35l-m13xd-w1020_h770_q80.jpg

Page 1 of 1

...12/2020



https://ap.rdcpix.com/238493665/2/bac2bc95fa60f8338fd21e18219a1a35f-m14xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 13

https://ap.rdcpix.com/387034481/2/bac2bc95fa60f838fd21e18219a1a351-m15xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 14

https://ap.rdcpix.com/216849655/bac2bc95fa60f838fd21e18219a1a35f-m16xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 15



http...ap.rdepix.com/1421594228/bac2bc95fa60f838fd21e18219a..a35l-m17xd-w1020_h770_q80.jpg

https://ap.rdcpix.com/932136382/bac2bc95fa60f838fd21e18219at1...5l-m18xd-w1020_h770_q80.jpg



...2/2020

https://ap.rdcpix.com/1064303801/bac2bc95fa60f838fd21e18219a,a51-m19xd-w1020_h770_q80.jpg



..2/2020

Group Exhibit 1
Page 18

https://ap.rdcpix.com/384115157 9/bac2bc95fa60f838fd21e18219a...a35l-m20xd-w1020_h770_q80.jpg



...12/2020

Group Exhibit 1
Page 19

https://ap.rdcpix.com/2331980758/bac2be95fa60f838fd21e18219a1a35f-m21xd-w1020_h770_q80.jpg



https://ap.rdcpix.com/1601221315/bac2bc95fa60f8338fd21e18219a1a35i-m22xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 21

12/2020





https://ap.rdcpix.com/4236107043/bac2bc95fa60f838fd21e18219a1ca35f-m24xd-w1020_h770_q80.jpg

https://ap.rdcpix.com/153895193/bac2bc95fa60f838fd21e18219a1a35f-m25xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 24

https://ap.rdcpix.com/678829603/bac2bc95fa60f8338fd21e18219a1a>5l-m26xd-w1020_h770_q80.jpg



2/12/2020

http.....//ap.rdcpix.com/2383016283/bac2bc95fa60f838fd21e18219a..a35l-m27xd-w1020_h770_q80.jpg



.../12/2020

Group Exhibit 1
Page 26

http://ap.rdcpix.com/394404088/bac2bc95fa60f838fd21e18219a..a35l-m29xd-w1020_h770_q80.jpg



12/2020

Group Exhibit 1
Page 27

https://ap.rdepix.com/113857291/bac2bc95fa60f838fd21e182i9a.u351-m30xd-w1020_h770_q80.jpg





https://ap.rdcpix.com/3067714457/bac2bc95fa60f838fd21e18219a_a35l-m31xd-w1020_h770_q80.jpg

_12/2020

Page 1 of 1

Group Exhibit 1
Page 29