Form nodschg

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* David C Hughes, II
*Debtor*

*Case No.:* 19–71781

*Chapter:* 7

---

### NOTICE OF NO DISCHARGE

*Notice is hereby provided:*

An Order was entered on **9/1/2020** denying, revoking, or waiving the discharge of the above named debtor(s).

Dated: 9/16/20

                                                              /S/ Adrienne D. Atkins
                                                     Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.