Form oreqntc

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* David C Hughes, II  *Case No.:* 19–71781
*Debtor*

*Chapter:* 7

---

# NOTICE REQUESTING ORDER

**The following must be submitted on or before 1/6/22.**

☐ A hearing having been held re: , please upload an order on said cause.

☑ An objection date of 12/22/2021 having been given re: Trustee's Final Report and Proposed Distribution [Doc 82] and no objections having been filed, please upload an order on said cause.

☐ Other:

**Failure to file/upload an order by the date specified above may result in the Motion/Application being denied without further notice.**

*Dated:* 12/23/21

/S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.