# Notice Recipients

District/Off: 0753–3  User: admin  Date Created: 12/23/2021
Case: 19–71781  Form ID: oreqntc  Total: 1

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 1