**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

In re: HUGHES, DAVID C.               §   Case No. 19-71781
                                      §
                                      §
                                      §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Andrew S. Erickson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $428,676.00 | Assets Exempt: | $4,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,110.24 | Claims Discharged Without Payment: | $145,840.91 |
| Total Expenses of Administration: | $1,889.76 | | |

    3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $452,091.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,889.76 | $1,889.76 | $1,889.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $114,282.00 | $39,669.15 | $39,669.15 | $8,110.24 |
| **TOTAL DISBURSEMENTS** | $566,373.00 | $41,558.91 | $41,558.91 | $10,000.00 |

4) This case was originally filed under chapter 7 on 12/08/2019, and it was converted to chapter 7 on 01/07/2020. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2022     By: /s/ Andrew S. Erickson
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposits of money: West Central x3 | 1129-000 | $1,074.17 |
| Guns, safe, ammo | 1129-000 | $327.55 |
| Misc. household goods, electronics, sports and hobby equipment, outdoor tools. | 1129-000 | $2,047.21 |
| Nonpublic stock and businesses: New American Lending LLC | 1129-000 | $818.88 |
| Nonpublic stock and businesses: ZUMERAL Inc. (software) - value is excluding 2812 Pat Tillman Dr. Springfield, IL | 1129-000 | $818.88 |
| Nonpublic stock and businesses: Smart Firearms | 1229-000 | $818.88 |
| 11 USC Sec 548 COA re: Transfer of Encumbered Real Estate | 1241-000 | $4,094.43 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | PHH Mortgage Servicing | 4110-000 | $434,690.00 | NA | NA | NA |
| N/F | West Central Bank | 4110-000 | $17,401.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$452,091.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Andrew S. Erickson | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Trustee, Expenses - Andrew S. Erickson | 2200-000 | NA | $13.95 | $13.95 | $13.95 |
| Bond Payments - BOND | 2300-000 | NA | $1.65 | $1.65 | $1.65 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $124.16 | $124.16 | $124.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,889.76 | $1,889.76 | $1,889.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | NA | $3,417.90 | $3,417.90 | $698.78 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | $8,159.53 | $8,159.53 | $1,668.19 |
| 3 | Discover Bank Discover Products Inc | 7100-000 | NA | $4,883.17 | $4,883.17 | $998.35 |
| 4 | Cavalry SPV I, LLC as assignee of Citibank, N.A. | 7100-000 | NA | $14,948.04 | $14,948.04 | $3,056.08 |
| 5 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | NA | $8,260.51 | $8,260.51 | $1,688.84 |
| N/F | Am ex | 7100-000 | $8,260.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $19,225.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $3,417.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $8,159.00 | NA | NA | NA |
| N/F | Cavalry Portfolio Services | 7100-000 | $14,947.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $4,883.00 | NA | NA | NA |
| N/F | US Bank/RMS CC | 7100-000 | $14,723.00 | NA | NA | NA |
| N/F | US Bank/RMS CC | 7100-000 | $11,634.00 | NA | NA | NA |
| N/F | Us Bank | 7100-000 | $2,950.00 | NA | NA | NA |
| N/F | Us Bank | 7100-000 | $26,084.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$114,282.00** | **$39,669.15** | **$39,669.15** | **$8,110.24** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | | |
|---|---|---|
| Case No.: | 19-71781 | |
| Case Name: | HUGHES, DAVID C. | |
| For Period Ending: | 04/11/2022 | |

| | | |
|---|---|---|
| Trustee Name: | (330780) Andrew S. Erickson | |
| Date Filed (f) or Converted (c): | 01/07/2020 (c) | |
| § 341(a) Meeting Date: | 02/24/2020 | |
| Claims Bar Date: | 05/27/2020 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2812 Pat Tillman Dr., Springfield, IL 62711-0000, Sangamon County (See Footnote) | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2013 Chevy Silverado, 50000 miles | 8,276.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods, electronics, sports and hobby equipment, outdoor tools. | 2,500.00 | 2,500.00 | | 2,047.21 | FA |
| 4 | Guns, safe, ammo | 400.00 | 600.00 | | 327.55 | FA |
| 5 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | 2 cats, dog | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money: Paypal | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: West Central x3 | 1,311.75 | 211.75 | | 1,074.17 | FA |
| 9 | Nonpublic stock and businesses: ZUMERAL Inc. (software) - value is excluding 2812 Pat Tillman Dr. Springfield, IL | 0.00 | 1,000.00 | | 818.88 | FA |
| 10 | Nonpublic stock and businesses: New American Lending LLC | 0.00 | 1,000.00 | | 818.88 | FA |
| 11 | Potential cause of action related to family law. | 0.00 | 0.00 | | 0.00 | FA |
| 12* | Nonpublic stock and businesses: ZUMERAL Inc - value is excluding 2812 Pat Tillman Dr. Springfield, IL (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Nonpublic stock and businesses: Smart Firearms (u) | 0.00 | 1,000.00 | | 818.88 | FA |
| 14* | Potential cause of action related to family law (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 11 USC Sec 548 COA re: Transfer of Encumbered Real Estate (u) | 0.00 | 5,000.00 | | 4,094.43 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$432,887.75** | **$11,311.75** | | **$10,000.00** | **$0.00** |

RE PROP# 1 *Property not owned by Debtor. Not estate asset.

RE PROP# 12 ***THIS IS A DUPLICATE OF ASSET NO. 9. CREATED IN ERROR WHEN AMENDED SCHEDULES FILED BY DEBTOR. MARK FA and SET ALL VALUES to $0.

RE PROP# 14 *Duplicate of asset no. 11 created in error by software. No value. Set to $0 and mark FA.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 19-71781  
**Case Name:** HUGHES, DAVID C.  

**For Period Ending:** 04/11/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 01/07/2020 (c)  
**§ 341(a) Meeting Date:** 02/24/2020  
**Claims Bar Date:** 05/27/2020

**Major Activities Affecting Case Closing:**

I have reached approved compromise with debtor re: 548 COA and equity in personal property, and am collecting payments. As of July 2021, debtor has missed several payments. Debtor cures arrearage and all known assets have been collected. Case will be ready for TFR once all claims resolved. TFR has been submitted to UST. Order approving final report entered 12/23/21.

**Initial Projected Date Of Final Report (TFR):** 09/30/2021     **Current Projected Date Of Final Report (TFR):** 09/30/2021 (Actual)

04/11/2022  
Date

/s/Andrew S. Erickson  
Andrew S. Erickson

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 1

| | |
|---|---|
| Case No.: | 19-71781 |
| Case Name: | HUGHES, DAVID C. |
| Taxpayer ID #: | **-***7638 |
| For Period Ending: | 04/11/2022 |

| | |
|---|---|
| Trustee Name: | Andrew S. Erickson (330780) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******7285 Checking |
| Blanket Bond (per case limit): | $22,684,758.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/22/20 | 10001 | DAVID C. HUGHES | Settlement Payment (Installment) | 833.33 | | 833.33 |
| | {3} | | Acct #Hughes Settlement; Payment #1   $100.00 / 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #1   $100.00 / 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #1   $100.00 / 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #1   $104.16 / 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #1   $104.17 / 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #1   $104.17 / 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #1   $220.83 / 1241-000 | | | |
| 07/31/20 | 1 | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 828.33 |
| 08/20/20 | 10002 | Zumeral (David Hughes) | Payment under Order Approving Compromise (Doc. 66) | 833.33 | | 1,661.66 |
| | {3} | | Acct #Hughes Settlement; Payment #2   $177.02 / 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #2   $20.69 / 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #2   $88.56 / 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #2   $64.98 / 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #2   $64.97 / 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #2   $64.97 / 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #2   $352.14 / 1241-000 | | | |
| 08/31/20 | 2 | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 1,656.66 |

Page Subtotals:   $1,666.66   $10.00

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 19-71781 | Trustee Name: | Andrew S. Erickson (330780) |
|---|---|---|---|
| Case Name: | HUGHES, DAVID C. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7638 | Account #: | ******7285 Checking |
| For Period Ending: | 04/11/2022 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/20 | 10003 | Zumeral (David C Hughes) | Installment payment under Order Approving Compromise (Doc. 66) | | 833.33 | | 2,489.99 |
| | {3} | | Acct #Hughes Settlement; Payment #3      $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #3      $20.69 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #3      $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #3      $64.97 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #3      $64.97 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #3      $64.97 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #3      $352.15 | 1241-000 | | | |
| 09/30/20 | 3 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,484.99 |
| 10/19/20 | 10004 | Zumeral, Inc (David C Hughes) | Payment under Compromise (Doc. 66) to be applied to A/R | | 833.33 | | 3,318.32 |
| | {3} | | Acct #Hughes Settlement; Payment #4      $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #4      $20.69 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #4      $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #4      $64.97 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #4      $64.97 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #4      $64.97 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #4      $352.15 | 1241-000 | | | |
| 10/30/20 | 4 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,313.32 |
| | | | Page Subtotals: | | $1,666.66 | $10.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 19-71781 | Trustee Name: | Andrew S. Erickson (330780) |
|---|---|---|---|
| Case Name: | HUGHES, DAVID C. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7638 | Account #: | ******7285 Checking |
| For Period Ending: | 04/11/2022 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/11/20 | 101 | International Sureties, Ltd | Bond No. 016028270 ANDREW ERICKSON | 2300-000 | | 1.65 | 3,311.67 |
| 11/19/20 | 10005 | Zumeral (David C Hughes) | Payment under Order Approving Compromise (Doc. 66) | | 833.33 | | 4,145.00 |
| | {3} | | Acct #Hughes Settlement; Payment #5   $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #5   $20.68 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #5   $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #5   $64.97 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #5   $64.97 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #5   $64.97 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #5   $352.16 | 1241-000 | | | |
| 11/30/20 | 5 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.51 | 4,139.49 |
| 12/22/20 | 10006 | Zumeral (David C Hughes) | Payment under order (Doc. 66) approving compromise with debtor | | 833.33 | | 4,972.82 |
| | {3} | | Acct #Hughes Settlement; Payment #6   $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #6   $20.69 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #6   $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #6   $64.98 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #6   $64.98 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #6   $64.98 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #6   $352.12 | 1241-000 | | | |

Page Subtotals:    $1,666.66    $7.16

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 19-71781 | **Trustee Name:** | Andrew S. Erickson (330780) | |
| **Case Name:** | HUGHES, DAVID C. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***7638 | **Account #:** | ******7285 Checking | |
| **For Period Ending:** | 04/11/2022 | **Blanket Bond (per case limit):** | $22,684,758.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/20 | 6 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.63 | 4,965.19 |
| 01/29/21 | 7 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.69 | 4,957.50 |
| 02/01/21 | 10007 | Zumeral (David Hughes) | Payment under Order approving compromise (Doc. 66) | | 833.33 | | 5,790.83 |
| | {3} | | Acct #Hughes Settlement; Payment #7   $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #7   $20.68 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #7   $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #7   $64.97 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #7   $64.97 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #7   $64.97 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #7   $352.16 | 1241-000 | | | |
| 02/26/21 | 8 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.52 | 5,782.31 |
| 03/23/21 | 10008 | Zumeral (David C Hughes) | Payment under Order approving Compromise with Debtor (Doc. 66) | | 833.33 | | 6,615.64 |
| | {3} | | Acct #Hughes Settlement; Payment #8   $177.02 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #8   $20.69 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #8   $88.56 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #8   $64.98 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #8   $64.98 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #8   $64.98 | 1229-000 | | | |

Page Subtotals:   $1,666.66   $23.84

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 19-71781 | Trustee Name: | Andrew S. Erickson (330780) |
| --- | --- | --- | --- |
| Case Name: | HUGHES, DAVID C. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7638 | Account #: | ******7285 Checking |
| For Period Ending: | 04/11/2022 | Blanket Bond (per case limit): | $22,684,758.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {15} |  | Acct #Hughes Settlement; Payment #8  $352.12 | 1241-000 |  |  |  |
| 03/23/21 | 10009 | Zumeral (David C Hughes) | Payment under Order Approving Compromise (Doc. 66) |  | 833.33 |  | 7,448.97 |
|  | {3} |  | Acct #Hughes Settlement; Payment #9  $177.02 | 1129-000 |  |  |  |
|  | {4} |  | Acct #Hughes Settlement; Payment #9  $20.68 | 1129-000 |  |  |  |
|  | {8} |  | Acct #Hughes Settlement; Payment #9  $88.56 | 1129-000 |  |  |  |
|  | {9} |  | Acct #Hughes Settlement; Payment #9  $64.97 | 1129-000 |  |  |  |
|  | {10} |  | Acct #Hughes Settlement; Payment #9  $64.97 | 1129-000 |  |  |  |
|  | {13} |  | Acct #Hughes Settlement; Payment #9  $64.97 | 1229-000 |  |  |  |
|  | {15} |  | Acct #Hughes Settlement; Payment #9  $352.16 | 1241-000 |  |  |  |
| 03/31/21 | 9 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 10.90 | 7,438.07 |
| 04/30/21 | 10 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 11.91 | 7,426.16 |
| 05/28/21 | 11 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 11.10 | 7,415.06 |
| 06/30/21 | 12 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 13.07 | 7,401.99 |
| 07/30/21 | 13 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 11.86 | 7,390.13 |
| 08/05/21 | 10010 | DAVID C. HUGHES | Payment under Order (Doc. 66) approving compromise with debtor |  | 2,500.03 |  | 9,890.16 |
|  | {3} |  | Acct #Hughes Settlement; Payment #10  $177.01 | 1129-000 |  |  |  |
|  | {3} |  | Acct #Hughes Settlement; Payment #11  $177.01 | 1129-000 |  |  |  |
|  | {3} |  | Acct #Hughes Settlement; Payment #12  $177.03 | 1129-000 |  |  |  |
|  | {4} |  | Acct #Hughes Settlement; Payment #10  $20.69 | 1129-000 |  |  |  |

Page Subtotals:   $3,333.36   $58.84

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 6

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-71781 | Trustee Name: | Andrew S. Erickson (330780) | |
| Case Name: | HUGHES, DAVID C. | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***7638 | Account #: | ******7285 Checking | |
| For Period Ending: | 04/11/2022 | Blanket Bond (per case limit): | $22,684,758.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {4} | | Acct #Hughes Settlement; Payment #11  $20.69 | 1129-000 | | | |
| | {4} | | Acct #Hughes Settlement; Payment #12  $20.68 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #10  $88.56 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #11  $88.56 | 1129-000 | | | |
| | {8} | | Acct #Hughes Settlement; Payment #12  $88.57 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #10  $64.98 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #11  $64.98 | 1129-000 | | | |
| | {9} | | Acct #Hughes Settlement; Payment #12  $64.97 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #10  $64.98 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #11  $64.98 | 1129-000 | | | |
| | {10} | | Acct #Hughes Settlement; Payment #12  $64.97 | 1129-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #10  $64.98 | 1229-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #11  $64.98 | 1229-000 | | | |
| | {13} | | Acct #Hughes Settlement; Payment #12  $64.97 | 1229-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #10  $352.13 | 1241-000 | | | |
| | {15} | | Acct #Hughes Settlement; Payment #11  $352.13 | 1241-000 | | | |

Page Subtotals:  $0.00    $0.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 19-71781 | Trustee Name: | Andrew S. Erickson (330780) |
|---|---|---|---|
| Case Name: | HUGHES, DAVID C. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7638 | Account #: | ******7285 Checking |
| For Period Ending: | 04/11/2022 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {15} | | Acct #Hughes Settlement; Payment #12 $352.18 | 1241-000 | | | |
| 08/31/21 | 14 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.97 | 9,874.19 |
| 03/03/22 | 102 | Andrew S. Erickson | Combined trustee compensation & expense dividend payments. | | | 1,763.95 | 8,110.24 |
| | | Andrew S. Erickson | Claims Distribution - Thu, 09-30-2021 $1,750.00 | 2100-000 | | | |
| | | Andrew S. Erickson | Claims Distribution - Thu, 09-30-2021 $13.95 | 2200-000 | | | |
| 03/03/22 | 103 | Capital One Bank (USA), N.A. | Combined dividend payments for Claim #1, 2 | | | 2,366.97 | 5,743.27 |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Thu, 09-30-2021 $698.78 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Thu, 09-30-2021 $1,668.19 | 7100-000 | | | |
| 03/03/22 | 104 | Discover Bank Discover Products Inc | DAVID C. HUGHES; Distribution payment - Dividend paid at 20.44% of $4,883.17; Claim # 3; Filed: $4,883.17 | 7100-000 | | 998.35 | 4,744.92 |
| 03/03/22 | 105 | Cavalry SPV I, LLC as assignee of Citibank, N.A. | DAVID C. HUGHES; Distribution payment - Dividend paid at 20.44% of $14,948.04; Claim # 4; Filed: $14,948.04 | 7100-000 | | 3,056.08 | 1,688.84 |
| 03/03/22 | 106 | American Express National Bank c/o Becket and Lee LLP | DAVID C. HUGHES; Distribution payment - Dividend paid at 20.44% of $8,260.51; Claim # 5; Filed: $8,260.51 | 7100-000 | | 1,688.84 | 0.00 |

| | COLUMN TOTALS | | | 10,000.00 | 10,000.00 | $0.00 |
|---|---|---|---|---|---|---|
| | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | Subtotal | | | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $10,000.00 | $10,000.00 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-71781 | **Trustee Name:** | Andrew S. Erickson (330780) |
| **Case Name:** | HUGHES, DAVID C. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7638 | **Account #:** | ******7285 Checking |
| **For Period Ending:** | 04/11/2022 | **Blanket Bond (per case limit):** | $22,684,758.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7285 Checking | $10,000.00 | $10,000.00 | $0.00 |
| | **$10,000.00** | **$10,000.00** | **$0.00** |

04/11/2022                              /s/Andrew S. Erickson
Date                                    Andrew S. Erickson

UST Form 101-7-TDR (10/1/2010)